## ANGELL v. CITY OF SANFORD

No. 176P92

Case below: 106 N.C.App. 90

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 25 June 1992.

## CITY OF STATESVILLE v. CLOANINGER

No. 173P92

Case below: 106 N.C.App. 10

Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 24 June 1992. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 June 1992.

## EVANS v. DIAZ

No. 149PA92

Case below: 105 N.C.App. 436

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 24 June 1992.

## FRIZZELLE v. HARNETT COUNTY

No. 201P92

Case below: 106 N.C.App. 234

Petition by defendants for writ of supersedeas and temporary stay allowed 8 June 1992.

## HAYWOOD v. HAYWOOD

No. 181A92

Case below: 106 N.C.App. 91

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 24 June 1992. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 June 1992.